# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-CV-08942-RGK (MARx) | Date | December 13, 2022 |
|---|---|---|---|
| Title | *MARIA LINA ALVAREZ v. COSTCO WHOLESALE CORP.* | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|

| Joseph Remigio (not present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) Order Remanding Action to State Court**

On November 1, 2022, Maria Lina Alvarez ("Plaintiff") filed a complaint against Costco Wholesale Corporation ("Defendant") alleging Negligence and Premises Liability related to a slip and fall accident in one of Defendant's stores.

On December 9, 2022, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involved an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must plausibly allege in its notice of removal that the amount in controversy exceeds the jurisdictional threshold. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 553-54 (2014).

In her complaint, Plaintiff seeks general and special damages for injuries sustained when Plaintiff slipped and fell while she was at one of Defendant's stores in Hawthorne, California. In its Notice of Removal, Defendant states only that based on the nature of the damages alleged, Plaintiff seeks damages in excess of $75,000. With only this conclusory statement to support its removal, the Court finds that Defendant fails to satisfy its burden of plausibly alleging that the amount in controversy meets the jurisdictional requirement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-CV-08942-RGK (MARx) | Date | December 13, 2022 |
|---|---|---|---|
| Title | *MARIA LINA ALVAREZ v. COSTCO WHOLESALE CORP.* | | |

**JS6**

   In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.
**IT IS SO ORDERED.**

cc:     Los Angeles - Southwest District (Torrance), 22TRCV01122

:

Initials of Preparer     JRE/v